# INDICTMENT

No. CC24CR143

Pick-up

**STATE OF TENNESSEE**

**VS**

**BRETT DILLON PARSONS**

_____

Charge(s):

**Unlawful Photographing**     **(E/F)**

Date Presented: June 24, 2024

_____

☒ **TRUE BILL __ NO TRUE BILL**

_____
**Foreman, Grand Jury**

_____
**Prosecuting Witness**

ENTERED
*Jessica Burgess*

**WITNESSES:**     JUN 2 4 2024

CIRCUIT COURT CLERK

Anthony Loshbough ~ CCSO

Here duly summoned as witnesses and sworn by me, and testified before the Grand Jury on this indictment.

_____
**Foreman, Grand Jury**

**THE CLERK will issue summons for the following State witnesses:**

Anthony Loshbough ~ CCSO

███████████████

**Bryant C. Dunaway**
**DISTRICT ATTORNEY GENERAL**

## STATE OF TENNESSEE, CUMBERLAND COUNTY
## JUNE TERM OF THE CRIMINAL COURT 2024

The Grand Jurors of Cumberland County, Tennessee, duly impaneled and sworn upon their oath present that **Brett Dillon Parsons**, on or about the 12th day of September, 2023, in Cumberland County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly photograph or cause to be photographed, ███████████ when she had a reasonable expectation of privacy and without her prior effective consent and the photograph was taken in a manner that would offend or embarrass a reasonable person and the photograph includes the unclothed intimate area of ███████████'s body, and would be considered offensive or embarrassing by ███████████ and Brett Dillon Parsons disseminated the photograph to another person, in violation of T.C.A. §39-13-605, and against the peace and dignity of the State of Tennessee.

_____
**Office of the District Attorney General**