IN THE CRIMINAL COURT FOR Cumberland COUNTY, TENNESSEE

STATE OF TENNESSEE                                    DOCKET NO: 24CR143

VS

Brett Dillon Parsons
**DEFENDANT**

## PLEA OF GUILTY AND WAIVERS OF JURY TRIAL AND OF APPEAL

I certify the following is true and correct:

Name: Brett Dillon Parsons            Alias: _____

SS #: [redacted]        DOB: 6/25/1992        Race: W        Sex: M

I have received and read a copy of the indictment and discussed it with my attorney. My attorney has informed me as to the nature of the charges against me and I understand the nature of the charges. My attorney has further advised me as to the minimum and maximum possible punishment for the crime or crimes. I desire to voluntarily enter a plea of guilty.

I admit that I am guilty of the offense or offenses to which I am pleading guilty. I understand that I could continue with a not guilty plea to any offense charged and that I have a right to a speedy and public trial by jury. I understand I have the right to be represented by an attorney in all stages of the proceedings against me and if I cannot afford an attorney, an appointed attorney would represent me without any cost to me. I understand that if I went to trial I or my attorney would have the right to question and cross-examine any witnesses that testified against me, that I could subpoena witnesses to testify for me and that I could not be forced to testify at trial and incriminate myself. I also understand I have the right to have a jury impose any fine in excess of $50.00. I understand that by pleading guilty I give up or waive my right to a jury trial and all the above rights. I also understand that I am giving up my right to an appeal.

By pleading guilty I understand that I may be questioned regarding the offense or offenses and that I can be punished for perjury if I give false answers under oath.

I understand that any prior convictions I have may be considered by the Court in sentencing.

I understand that the conviction or convictions today may be used in a future proceeding to make my punishment greater should I be sentenced in the future for another offense.

I am pleading guilty of my own free will and choice. No force has been exerted on me nor have any threats been made against me to get me to plead guilty. No promises have been made to me other than the details of my guilty plea set forth on the back of this form. I am aware of the action I am taking and request the Court to accept my guilty plea. I waive my right to jury trial and appeal and submit my case to the trial judge for full and final determination.

**Waiver of Counsel** Understanding that I am charged in the indictment with the offense(s) listed below which involve(s) a possible deprivation of liberty and understanding my rights to counsel, I hereby voluntarily and knowingly and without force and coercion or promises of any kind, waive my right to counsel. I acknowledge that I have been given sufficient opportunity to retain counsel, and I do not wish to request court-appointed counsel.

Acknowledgement of waiver of counsel:          (Signature)

**I AM CHARGED WITH THE FOLLOWING OFFENSE (S):**

OFFENSE: Unlawful Photography

POSSIBLE PUNISHMENT: E/F 1-6 yrs; TDOC; $3,000 fine

OFFENSE: _____

POSSIBLE PUNISHMENT: _____

**I AM PLEADING GUILTY TO THE FOLLOWING:**

| CASE NO. | COUNT | OFFENSE / TCA CODE | CLASS | DATE OF OFFENSE |
|---|---|---|---|---|
| 24CR143 | Amended I | Unlawful 39-13-605 | A/m | 9/12/23 |

PUNISHMENT: Judicial Diversion for 11/29 supervised probation

| CASE NO. | COUNT | OFFENSE / TCA CODE | CLASS | DATE OF OFFENSE |
|---|---|---|---|---|
|  |  |  |  |  |

PUNISHMENT: _____

Concurrent/Consecutive Information: _____

TYPE OF OFFENDER: (Standard,Rg.I)(Mitigated)(MultipleOffender,Rg.II) (Persistent Offender,Rg.III) (Career Offender)

Probation Conditions (if applicable): _____

County Jail Program Eligibility: 75 %
PLACE OF CONFINEMENT: County Jail or Department of Correction
JAIL CREDIT: _____ days for following dates: _____

THIS 3 DAY OF Sep. , 20 24.

*Allison Null*
District Attorney General

ENTERED
*Jessica Burgess*

*Brett Parsons*
Defendant

SEP 03 2024
CIRCUIT COURT CLERK

APPROVED BY COURT:

Counsel for Defendant

Judge

# IN THE CRIMINAL/CIRCUIT COURT FOR CUMBERLAND COUNTY, TENNESSEE

Case Number: 24-143     Count: 1     Counsel for the State: Jackson Carter
Judicial District: 13th     Judicial Division: Criminal I     Counsel for the Defendant: Mark Tribble
**State of Tennessee**     ☒ Retained  ☐ Pub Def Appt  ☐ Private Atty Appt
vs.     ☐ Counsel Waived  ☐ Pro Se

Defendant: Brett Dillon Parsons     Alias: _____     Date of Birth: 06/25/1992   Sex: Male
Race: Caucasian   SSN: 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   Relationship to Victim: _____   Victim's Age: _____
State ID #: 1413939   County Offender ID # (if applicable): _____   State Control#: 180000144806
Arrest Date: 07/14/2024     Indictment Filing Date: 06/24/2024

## ORDER OF DEFERRAL (JUDICIAL DIVERSION)   ☒ Original   ☐ Amended   ☐ Corrected

On the 3rd day of September, 2024, the defendant:

☒ Pled Guilty   ☐ Pled Nolo Contendere

**Indictment:** Class (circle one)   1st  A  B  C  D  **E**   ☒ Felony   ☐ Misdemeanor
Indicted Offense Name AND TCA §: 39-13-605 Unlawful Photographing
Amended Offense Name AND TCA §: _____
Offense Date: 09/12/2023     County of Offense: Cumberland
Deferred Offense Name AND TCA §: 39-13-605 Unlawful Photographing
**Deferred Offense:** Class (circle one)  **A**  B  C  D   ☐ Felony   ☒ Misdemeanor

Was Found Guilty By:
☐ Jury Verdict
☐ Bench Trial

Upon review of the case, the court finds the facts stated above as well as the following (For Item 3, Check **ONE** Of The Two Boxes):

1. The defendant is eligible for deferral of the prosecution pursuant to Tennessee Code Annotated section (T.C.A.) 40-35-313;
2. The Tennessee Bureau of Investigation has certified (per attached certificate) that the defendant does not have a prior felony or Class A misdemeanor conviction;
3. ☒ The defendant was not charged with a violation of a criminal statute the elements of which constitute abuse, neglect or misappropriation of the property of a vulnerable person as defined in Title 68, Chapter 11, Part 10; **OR**
   ☐ The defendant agrees without contest or any further notice or hearing that the defendant's name shall be permanently placed on the registry governed by Title 68, Chapter 11, Part 10, whereupon a copy of this order shall be forwarded by the clerk to the department of health;
4. The defendant consents to T.C.A. 40-35-313 deferral, as evidenced by the defendant's signature below; AND
5. The defendant should be granted a deferral of charges pursuant to T.C.A. 40-35-313.

It is, therefore, **ORDERED** that the prosecution in this case is deferred pursuant to T.C.A. 40-35-313, and the defendant is placed on probation. The terms and conditions ordered by this court apply to the defendant's probation and are incorporated herein by reference thereto.

**Probation Term:** Total Length 11 months 29 days   Beginning Date 9/3/2024   Ending Date 9/2/2025   ☒ Supervised   ☐ Unsupervised
**Supervising Entity** (unless otherwise provided to the defendant by the court): Name: Community Probation Services
Phone Number: (931) 456-5551     Address: 120 Old Lantana Road, Crossville, TN 38555
**Defendant's Contact Information** (unless otherwise provided to the probation officer by the court): Phone Number _____
Address: _____

**SPECIAL CONDITIONS:**

| Costs | Concurrent with: | Restitution | Pretrial Jail Credit Period(s): |
|---|---|---|---|
| $____ Sex Offender Tax (39-13-709) | | Victim Name: _____ | From ____ to ____ |
| $____ Sex Offender Fine (40-24-108) | | Address: _____ | From ____ to ____ |
| $____ Drug Testing Fee (39-17-420) | | | From ____ to ____ |
| $____ Treatment Expenses (40-35-313) | Consecutive to: | | From ____ to ____ |
| $35/month Supervision Fees (40-35-313) | | Total Amount $ _____ | From ____ to ____ |
| $____ Other: _____ | | Per Month $ _____ | |

x _Brett Parsons_
Defendant

GARY McKENZIE
JUDGE'S NAME

_[signature]_
Counsel for the Defendant

ENTER this the 3rd day of September, 2024.

_[signature]_
JUDGE'S SIGNATURE

_[signature]_
Counsel for the State of Tennessee

ENTERED
Jessica Burgess

SEP 03 2024

Rev. 4/1/13

 

# APPLICATION FOR CERTIFICATION OF ELIGIBILITY FOR DIVERSION

| COUNTY | COURT | DISTRICT | JUDGE |
|---|---|---|---|
| Cumberland | CRIMINAL | Thirteen | BRAY |

| DEFENDANT'S NAME | DOCKET # | COURT DATE |
|---|---|---|
| BRETT DILLON PARSONS | 14-143 | 11/05/2024 |

| DATE OF BIRTH | SEX/RACE | SOCIAL SECURITY NUMBER | TYPE OF DIVERSION |
|---|---|---|---|
| 06/25/1992 | M/W | 413716567 | Judicial |

**OFFENSES TO BE DIVERTED**
Unlawful photography - DOA: 06/24/2024 - Misdemeanor

**NAME AND PHONE NUMBER OF DISTRICT ATTORNEY OR ASSISTANT DISTRICT ATTORNEY TO WHOM RESPONSE SHOULD BE SENT**
JACKSON CARTER    9318231224

FAX NUMBER 9318234303    EMAIL tribblelaw@gmail.com

**NAME AND PHONE NUMBER OF DEFENSE ATTORNEY OR PRO SE DEFENDANT TO WHOM RESPONSE SHOULD BE SENT**
MARK TRIBBLE    9318549200    tribblelaw@gmail.com

## CERTIFICATION OF ELIGIBILITY FOR DIVERSION

I hereby certify that, pursuant to Tenn. Code Ann. 38-6-118(b), a query of the TBI Expunged Criminal Offender and Pretrial Diversion Database has been conducted pursuant to the above authorized request, and based upon the results of that query:

1. [x] The defendant has not had a prior disqualifying felony or misdemeanor conviction.
   [ ] The defendant has a prior disqualifying felony or misdemeanor conviction.
   [ ] The defendant has a prior arrest for which no disposition has been entered.

2. [x] The defendant has not previously been granted diversion.
   [ ] The defendant has been granted diversion before.

3. [ ] The defendant has a prior expunction due to a diversion.
   [ ] The defendant has a prior expunction due to 40-32-101(g).

The defendant has not had a prior disqualifying felony or misdemeanor conviction

**Heather Hurley**
TBI Criminal Records - Diversions
TBI.Diversions@tbi.tn.gov | 615-744-4617

08/19/2024
Date

PLEASE NOTE THAT THIS DOES NOT CONSTITUTE A CERTIFICATION THAT THE DEFENDANT IS ELIGIBLE OR INELIGIBLE FOR DIVERSION UNDER TCA 40-35-313 OR TCA 40-15-105. THIS IS ONLY A CERTIFICATION THAT A RECORDS CHECK OF THE TBI EXPUNGED CRIMINAL OFFENDER AND PRETRIAL DIVERSION DATABASE HAS REVEALED QUALIFYING OR DISQUALIFYING INFORMATION UNDER THE CRITERIA SET OUT IN THE DIVERSION STATUTES REFERENCED ABOVE.

## JUDGEMENT OF PRETRIAL DIVERSION OR JUDICIAL DIVERSION

Comes now the District Attorney General for the State and Defendant with counsel of record for entry of judgement.

On the 3rd day of September, 2024

OFFENSE INDICTED: Unlawful Photography    OFFENSE CLASS: E Felony
OFFENSE DIVERTED: Unlawful Photography    OFFENSE CLASS: A misdemeanor

The defendant is sentenced to [ ] pretrial diversion [x] judicial diversion for the following period:
___ years, 11 months, 29 days. Effective: 9-3-2024

Guy McKnizie
JUDGE (Printed)

JUDGE (Signature)

ENTRY OF JUDGEMENT DATE: 9/3/24

**ENTERED**
Jessica Burgess

DISTRICT ATTORNEY    ATTORNEY FOR DEFENDANT

SEP 03 2024
CIRCUIT COURT CLERK

BI-0200 (REV 1/2023)    RDA 11383