IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE,**<br>**Plaintiff,**<br><br>**v.**<br><br>**BRETT DILLON PARSONS,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 2:24-CV-00075** |

---

**DEFENDANT'S FIRST AMENDED ANSWER**

---

**COMES NOW** the Defendant, Brett Dillon Parsons, by and through counsel, pursuant to Rule 8 of the Federal Rules of Civil Procedure and in answer to the complaint filed in this cause would state and aver as follows:

## I. INTRODUCTION

1. It is admitted "[t]his case involves two instances of non-consensual dissemination of intimate messages—more commonly known as 'revenge porn'…". It is denied that the foregoing done "by a Defendant who has already been prosecuted and found guilty for his misconduct."

2. Denied.

## II. PARTIES

3. This entire paragraph is admitted.

4. This entire paragraph is admitted.

## III. JURISDICTION AND VENUE

5. This entire paragraph is admitted.

6. This entire paragraph is admitted.

7. This entire paragraph admitted.

## IV. FACTUAL ALLEGATIONS

8. This entire paragraph is admitted.

9. This entire paragraph is admitted.

10. This entire paragraph is admitted.

11. This entire paragraph is admitted.

12. It is denied that the camera system was "hidden." The remainder of this paragraph is admitted.

13. This entire paragraph is admitted.

14. This entire paragraph is admitted.

15. This entire paragraph is admitted.

16. This entire paragraph is admitted.

17. This entire paragraph is admitted.

18. This entire paragraph is admitted.

19. This entire paragraph is admitted.

20. This entire paragraph is admitted.

21. This entire paragraph is admitted.

22. This entire paragraph is admitted.

## V. CAUSES OF ACTION

### COUNT I

23. This entire paragraph is admitted.

24. This entire paragraph is admitted.

25. This entire paragraph is admitted.

26. This entire paragraph is admitted.

27. This entire paragraph is admitted.

28. This entire paragraph is admitted.

29. This paragraph is denied.

30. It is admitted "[c]riminal charges were brought against the Defendant… ." However, it is denied the criminal prosecution based on the Defendant's "causing or contributing to the Plaintiff's injury."

31. This paragraph is denied.

32. This paragraph is denied.

33. This paragraph is denied.

34. This entire paragraph is admitted.

35. This entire paragraph is admitted.

**COUNT II**

36. This entire paragraph is admitted.

37. This entire paragraph is admitted.

38. This entire paragraph is admitted.

39. This entire paragraph is admitted.

40. This entire paragraph is admitted.

41. This paragraph is denied.

42. It is admitted "[c]riminal charges were brought against the Defendant… ." However, it is denied the criminal prosecution based on the Defendant's "causing or contributing to the Plaintiff's injury."

43. This entire paragraph is admitted.

44. This paragraph is denied.

45. This paragraph is denied.

46. This entire paragraph is admitted.

47. This entire paragraph is admitted.


Case 2:24-cv-00075 Document 33 Filed 01/17/25 Page 3 of 5 PageID #: 167

## VI. PRAYER FOR RELIEF

1. This paragraph is denied.

2. This paragraph is denied.

3. This paragraph is denied.

4. This paragraph is denied.

5. This paragraph is denied.

6. This paragraph is denied.

**AFFIRMATIVE DEFENSE NO. 1**

The Defendant would submit the Plaintiff's claims are barred by the applicable statute of limitations.

**AFFIRMATIVE DEFENSE NO. 2**

To the extent the Plaintiff seeks actual damages, the Defendant would submit the Plaintiff's claims should be barred because she has failed to mitigate her damages.

**RESPECTFULLY SUBMITTED** this the **17TH** day of **JANUARY, 2025**.

BRETT DILLON PARSONS

By: /s Michael R. Giaimo
MICHAEL R. GIAIMO, BPR#019394
Attorney for the Mr. Parsons
Crabtree & Patterson, P.C.
310 E. Broad Street, Suite A
Cookeville, Tennessee 38501
(931) 528-3330

**CERTIFICATE OF SERVICE**

I, Michael R. Giaimo, do hereby certify that the foregoing answer has been filed pursuant to the CM/ECF mandatory electronic filing system and that true and exact copy same has been served upon all attorneys of record by electronic mail to the following:

Daniel A. Horwitz
Sarah L. Martin
Melissa K. Dix
4016 Westlawn Drive

Nashville, Tennessee 37209

Telephone: (615) 739-2888
Email: daniel@horwitz.law
sarah@horwitz.law
melissa@horwitz.law

*Attorneys for the Plaintiff*

This the 17TH day of JANUARY, 2025.

/s Michael R. Giaimo
MICHAEL R. GIAIMO